# Court of Appeals
## Tenth Appellate District of Texas

10-26-00304-CR

Ex parte Erica Nicole Monique Jenkins

Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Erica Nicole Monique Jenkins has presented this Court with a document requesting relief from confinement in jail arising from an incident with the Bryan, Texas Police Department. We consider and file this document as an original application for a writ of habeas corpus.

A writ of habeas corpus is the remedy to be used when any person's liberty is restrained, and it is issued by a court or judge of competent jurisdiction. TEX. CODE CRIM. PROC. art. 11.01. As it relates to this proceeding, we are not among the list of courts authorized to grant relief pursuant to an application for a writ of habeas corpus. *See Kim v. State*, 181 S.W.3d 448, 449 (Tex. App.—Waco 2005, no pet.); *Ramirez v. State*, 36 S.W.3d 660, 664 (Tex. App.—Waco 2001, pet. ref'd). Original jurisdiction to issue a writ of habeas

corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05.

Accordingly, this proceeding is dismissed for want of jurisdiction.

_____

LEE HARRIS
Justice

OPINION DELIVERED and FILED: August 6, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do Not Publish
OT06

